# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., <br> Plaintiff, <br><br> v. <br><br> WARNER BROS. DISCOVERY, INC., <br> Defendant. | § Case No.: **1:24MC01344** <br> § Underlying Litigation <br> § C.A. No. 22-1583-RGA <br> § United States District Court <br> § For the District of Delaware <br> § |

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA TO CALISE PARTNERS, LLC

Upon consideration of Warner Bros. Discovery, Inc.'s ("WBD") Opposed Motion to Compel Compliance with Rule 45 Subpoena to Calise Partners, LLC ("Calise"), the response, the reply, and arguments of counsel, if any, it is hereby ORDERED that WBD's Motion is GRANTED.

It is further ORDERED that each of Calise's objections in response to WBD's requests is OVERRULED in its entirety.

It is further ORDERED that Calise produce documents in response to WBD's Rule 45 subpoena within 21 days of the date of this Order.

It is further ORDERED that WBD is awarded its reasonable attorneys' fees and expenses in bringing the Opposed Motion to Compel Compliance with Rule 45 Subpoena. WBD may submit an application for those fees with supporting documentation within fourteen (14) days of this order.

Signed this _____ day of _____, 2024.

_____
PRESIDING JUDGE
United States District Judge