Generated: Nov 4, 2024 2:52PM                                                                 Page 1/1



# U.S. District Court

## Texas Western - Austin

Receipt Date: Nov 4, 2024 2:52PM

Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201

| Rcpt. No: 2050 | | Trans. Date: Nov 4, 2024 2:52PM | | | Cashier ID: #CERy |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #710851 | 11/4/2024 | $52.00 |
| | | | Total Due Prior to Payment: | $52.00 |
| | | | Total Tendered: | $52.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 1:24-mc-01344 HomeVestors of America, Inc. v. Warner Bros. Discovery, Inc.

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov