UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., *Plaintiff* § § § § | |
| v. § | No. 1:24-MC-01344-DII |
| § | |
| WARNER BROS. DISCOVERY, INC., *Defendant* § § § § | |

# ORDER

Before the Court is Defendant Warner Bros. Discovery, Inc.'s motion to compel compliance with the Rule 45 subpoena directed to Calise Partners, LLC. Dkt. 1. The District Judge referred the motion for disposition by the undersigned. Having reviewed the motion, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each party's motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Thursday, January 9, 2025**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to Natalie Bayer at Natalie_Bayer@txwd.uscourts.gov by **5:00 p.m. of the business day prior to the hearing.**

1

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for a ZOOM hearing before the undersigned on **Monday, January 13, 2025 at 10:00 a.m.** The hearing will last no more than 1 hour, with each side afforded 30 minutes to make its arguments.

SIGNED November 25, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE