# Exhibit 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3

4    HOMEVESTORS OF AMERICA, INC.*

5                    Plaintiff,   *

6    VS.                     * Case No.

7    WARNER BROS. DISCOVERY, INC.* 22-1583 (RGA)

8                    Defendant.   *

9         ----------------------------

10        CONFIDENTIAL - ATTORNEYS' EYES ONLY

          ----------------------------

11        VIDEOTAPED DEPOSITION OF CHARLIE CALISE,

12    a witness produced at the instance of the

13    Defendants, taken in the above styled and

14    numbered cause, on the 26th day of September,

15    2024 from 9:10 a.m. to 7:14 p.m., before Gail

16    Spurgeon, a Certified Court Reporter in and for

17    the State of Texas, at the offices of Holland &

18    Knight, 1722 Routh Street, Suite 1500, City of

19    Dallas, County of Dallas, and State of Texas,

20    pursuant to the Federal Rules of Civil

21    Procedure.

22

23

24    JOB No. 6910192

25    PAGES 1 - 279

                                    Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page  23

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 24

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 26

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 27

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 28

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 29

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 144

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 145

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 146

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 147

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 148

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 149

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127