# Exhibit 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF DELAWARE
 3
 4     HOMEVESTORS OF AMERICA, INC.*
                                    *
 5     VS.                          *  NO.
                                    *  22-1583 (RGA)
 6     WARNER BROS. DISCOVERY, INC.*
 7
 8
                    ------------------------------
 9            CONFIDENTIAL - ATTORNEYS' EYES ONLY
              ORAL AND VIDEOTAPED DEPOSITION OF
10                    LAWRENCE S. GOODMAN
                      SEPTEMBER 27, 2024
11                  ------------------------------
12
13
14
15         ANSWERS AND DEPOSITION OF LAWRENCE S.
16     GOODMAN, a witness produced at the instance of
17     the Defendants, taken in the above styled and
18     numbered cause, on the 27th day of September,
19     2024 from 9:09 a.m. to 4:09 p.m., before Gail
20     Spurgeon, a Certified Court Reporter in and for
21     the State of Texas, at the offices of Holland &
22     Knight, 1722 Routh Street, Suite 1500, City of
23     Dallas, County of Dallas, and State of Texas,
24     pursuant to the Federal Rules of Civil
25     Procedure.
```

Page 1



Page 42



Page 47



Page 48



Page 154

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 155



Page 197

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 198