# Exhibit 4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF DELAWARE

 3

 4    HOMEVESTORS OF AMERICA, INC.*
                                   *
 5    VS.                          *   NO.
                                   *   22-1583 (RGA)
 6    WARNER BROS. DISCOVERY, INC.*

 7

 8

                      -------------------------------
 9              CONFIDENTIAL - ATTORNEYS' EYES ONLY
                  ORAL AND VIDEOTAPED DEPOSITION OF
10                          DAVID HICKS
                          OCTOBER 15, 2024
11                    -------------------------------

12

13

14

15         ANSWERS AND DEPOSITION OF DAVID HICKS, a

16    witness produced at the instance of the

17    Defendants, taken in the above styled and

18    numbered cause, on the 15th day of October, 2024

19    from 9:44 a.m. to 4:22 p.m., before Gail

20    Spurgeon, a Certified Court Reporter in and for

21    the State of Texas, at the offices of Holland &

22    Knight, 1722 Routh Street, Suite 1500, City of

23    Dallas, County of Dallas, and State of Texas,

24    pursuant to the Federal Rules of Civil

25    Procedure.
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 50

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 53

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 54

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 66

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 67

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 80

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 120

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127