# Exhibit 5

**Waldman, Hannah**

---

| | |
|---|---|
| **From:** | Steven Callahan <scallahan@ccrglaw.com> |
| **Sent:** | Thursday, November 7, 2024 1:26 PM |
| **To:** | Wright, Shannon |
| **Cc:** | Weatherford, Scott; Waldman, Hannah; Geller, Joshua; Steven Callahan |
| **Subject:** | RE: Service of Motion to Compel Compliance with Subpoena / Calise Partners, LLC |

Response deadline of **Tuesday, November 19** should work. Thank you – S.C.

**From:** Wright, Shannon <swright@jw.com>
**Sent:** Thursday, November 7, 2024 12:35 PM
**To:** Steven Callahan <scallahan@ccrglaw.com>
**Cc:** Weatherford, Scott <sweatherford@jw.com>; Waldman, Hannah <hwaldman@greenbergglusker.com>; Geller, Joshua <jgeller@greenbergglusker.com>
**Subject:** RE: Service of Motion to Compel Compliance with Subpoena / Calise Partners, LLC

Hi Steven,

Thanks for accepting service of the motion to compel via email.

To avoid jamming anyone up over the Thanksgiving holiday, we suggest Tuesday, November 19 as Calise's response deadline. This would make the deadline for a reply (if any) Tuesday, November 26—i.e., before Thanksgiving.

Please let us know whether you agree.

Thank you,
Shannon

**Shannon M. Wright**
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4496 | F: (713) 752-4221 | swright@jw.com

**Jackson Walker LLP**

**From:** Steven Callahan <scallahan@ccrglaw.com>
**Sent:** Thursday, November 7, 2024 10:18 AM
**To:** Wright, Shannon <swright@jw.com>
**Cc:** Weatherford, Scott <sweatherford@jw.com>; Waldman, Hannah <hwaldman@greenbergglusker.com>; Geller, Joshua <jgeller@greenbergglusker.com>; Steven Callahan <scallahan@ccrglaw.com>
**Subject:** RE: Service of Motion to Compel Compliance with Subpoena / Calise Partners, LLC

**Caution:** **External Email.

Hi everyone, following up on below, thank you – S.C.

**From:** Steven Callahan <scallahan@ccrglaw.com>
**Sent:** Wednesday, November 6, 2024 10:54 AM
**To:** Wright, Shannon <swright@jw.com>
**Cc:** Weatherford, Scott <sweatherford@jw.com>; Waldman, Hannah <hwaldman@greenbergglusker.com>; Geller, Joshua <jgeller@greenbergglusker.com>; Steven Callahan <scallahan@ccrglaw.com>
**Subject:** RE: Service of Motion to Compel Compliance with Subpoena / Calise Partners, LLC

I can accept service of the motion to compel via e-mail. We'd like to set Friday, November 22 as our deadline to respond. Please advise of any opposition to this deadline. Thank you – S.C.

**From:** Wright, Shannon <swright@jw.com>
**Sent:** Tuesday, November 5, 2024 10:27 AM
**To:** Steven Callahan <scallahan@ccrglaw.com>
**Cc:** Weatherford, Scott <sweatherford@jw.com>; Waldman, Hannah <hwaldman@greenbergglusker.com>; Geller, Joshua <jgeller@greenbergglusker.com>
**Subject:** RE: Service of Motion to Compel Compliance with Subpoena / Calise Partners, LLC

Thank you, Steven.

Shannon

**Shannon M. Wright**
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4496 | F: (713) 752-4221 | swright@jw.com

Jackson Walker LLP

**From:** Steven Callahan <scallahan@ccrglaw.com>
**Sent:** Tuesday, November 5, 2024 9:02 AM
**To:** Wright, Shannon <swright@jw.com>
**Cc:** Weatherford, Scott <sweatherford@jw.com>; Waldman, Hannah <hwaldman@greenbergglusker.com>; Geller, Joshua <jgeller@greenbergglusker.com>; Steven Callahan <scallahan@ccrglaw.com>
**Subject:** RE: Service of Motion to Compel Compliance with Subpoena / Calise Partners, LLC

**Caution:** **External Email.

Thanks, I assume I will be able to accept service of this by e-mail, but I will confirm one way or the other by tomorrow (Wednesday). Thank you – S.C.

**From:** Wright, Shannon <swright@jw.com>
**Sent:** Monday, November 4, 2024 3:55 PM
**To:** Steven Callahan <scallahan@ccrglaw.com>
**Cc:** Weatherford, Scott <sweatherford@jw.com>; Waldman, Hannah <hwaldman@greenbergglusker.com>; Geller, Joshua <jgeller@greenbergglusker.com>
**Subject:** Service of Motion to Compel Compliance with Subpoena / Calise Partners, LLC

Hello Steven,

I understand you represent Calise Partners, LLC. Are you able to accept service of the attached Motion to Compel Compliance with Rule 45 Subpoena on your client's behalf?

Please let me know by Thursday, November 7 if you can accept service, so we can perfect service if you are unable to do so.

Thank you,
Shannon

**Shannon M. Wright**
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4496 | F: (713) 752-4221 | swright@jw.com

Jackson Walker LLP