UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOMEVESTORS OF AMERICA, INC., *Plaintiff* | § § § § | |
| v. | § § | No. 1:24-MC-01344-DII |
| WARNER BROS. DISCOVERY, INC., *Defendant* | § § § § | |

**ORDER RESCHEDULING HEARING ON MOTION TO COMPEL**

Before the Court is Defendant Warner Bros. Discovery, Inc.'s motion to compel compliance with the Rule 45 subpoena directed to Calise Partners, LLC, which the District Judge referred to the undersigned. Dkt. 1. The undersigned previously ordered the parties to appear for a hearing by Zoom on January 13, 2025. Dkt. 9. This order serves to reschedule that hearing.

Accordingly, the hearing set for January 13, 2025, Dkt. 9, is **HEREBY CANCELED**.

The parties are further **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each party's motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Tuesday, January 14, 2025**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used

1

during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to Natalie Bayer, at Natalie_Bayer@txwd.uscourts.gov, by **5:00 p.m. of the business day prior to the hearing.**

    **IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for a ZOOM hearing before the undersigned on **Friday, January 17, 2025, at 10:00 a.m.** The hearing will last no more than 1 hour, with each side afforded 30 minutes to make its arguments.

    SIGNED December 4, 2024.

                                            DUSTIN M. HOWELL
                                            UNITED STATES MAGISTRATE JUDGE